IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CR-20-D

| | |
|---|---|
| DARRYL LEIGH OWENS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States shall file a response to petitioner's motion to reduce sentence [D.E. 44].

The response is due not later than December 15, 2017.

SO ORDERED. This _13_ day of November 2017.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Dever
　　　　　　　　　　　　　　　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge